Argued January 31, affirmed January 31, 1973

## STATE OF OREGON, *Respondent, v.* EDWIN RAYMOND SCOTT (No. 5223), *Appellant.*

505 P2d 354

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.